IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL B. WOOLMAN, | ) | 4:11CV3043 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| LANCASTER COUNTY DISTRICT COURT, LANCASTER COUNTY ATTORNEYS OFFICE, and LANCASTER COUNTY CORRECTIONS, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, a non-prisoner, filed two Motions for Leave to Proceed In Forma Pauperis. (Filing Nos. 7 and 9.) Upon review of Plaintiff's Motions, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that Plaintiff's Motions for Leave to Proceed In Forma Pauperis (filing nos. 7 and 9) are provisionally granted, and the Complaint shall be filed without payment of fees.

DATED this 5th day of April, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge